■ ROBERT LAMBERT, Appellant, v. GOLDIE LAMBERT, Respondent.— In an action in which a judgment of the Supreme Court, Kings County, was made on December 29, 1972, after a nonjury trial, *inter alia* granting defendant a divorce, plaintiff appeals from an order of the same court, dated September 7, 1973, which granted defendant's motion for a counsel fee and printing expenses in opposing a prior appeal by plaintiff, one from so much of the judgment as, upon the second cause of action in defendant's "cross complaint", directed plaintiff to pay defendant $20,000, plus interest, representing one half of the funds on deposit in a joint bank account (see *Lambert* v. *Lambert*, 42 A D 2d 903). Order reversed, without costs, and motion denied. There is no statutory authority to award a counsel fee and printing expenses upon a nonmatrimonial cause of action (cf. Domestic Relations Law, §§ 237, 238). Consequently, Special Term lacked the power to make such an award here (*Silbert* v. *Silbert*, 22 A D 2d 893, affd. 16 N Y 2d 564; *Blaine* v. *Blaine*, 20 A D 2d 903). Hopkins, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

■ ALVIN MARKS et al., Respondents, v. MELVIN LEVINE, Appellant.— Appeal by defendant from so much of an order of the Supreme Court, Nassau County, dated January 15, 1974, as, in granting defendant's motion to dismiss the action for failure to serve a complaint, pursuant to CPLR 3012 (subd. [b]) included the following condition: "unless the plaintiff serve a Complaint within twenty (20) days after service of a copy of this Order on the attorney for the Plaintiff." Order reversed insofar as appealed from, thus striking therefrom the above-quoted condition, with $20 costs and disbursements. In the absence of a proposed complaint, an excuse for the default by plaintiffs and an affidavit of merits, and without opposition to defendant's motion, Special Term erred in the exercise of its *sua sponte* discretion (*Harris* v. *Hampton Hotel Corp.*, 36 A D 2d 999; *De Stefano* v. *Nash*, 40 A D 2d 1010). Hopkins, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur